Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDWARD C. HARTNETT and JULIE A. HARTNETT, on behalf of themselves and all others similarly situated,

                      Plaintiffs,

v.

WASHINGTON FEDERAL, INC. d/b/a WASHINGTON FEDERAL BANK,

                      Defendant.

No. 2:21-cv-00888-RSM-MLP

**STIPULATED MOTION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

**NOTE ON MOTION CALENDAR: September 23, 2021**

## **STIPULATION**

The parties to this action, by and through their respective counsel, move the Court for an Order approving the parties' proposed briefing schedule with regard to Defendant Washington Federal Bank, N.A.'s (improperly identified as Washington Federal Bank, Inc.), Motion to Dismiss as follows:

| Event | Proposed Date |
| --- | --- |
| Defendant files Motion to Dismiss | October 1, 2021 |
| Plaintiff's Opposition Due | October 20, 2021 |
| Defendant's Reply Due | November 12, 2021 |
| Noting Date | November 12, 2021 |

STIPULATED MOTION AND ORDER REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 1
(USDC NO. 2:20-cv-00888-RSM-MLP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

RESPECTFULLY SUBMITTED this 23rd day of September, 2021.

By: *s/ Fred B. Burnside*
Fred B. Burnside, WSBA No. 32491
Davis Wright Tremaine, LLP
920 Fifth Ave., Suite 3300
Seattle, WA 98104
Phone: (206) 757-8016
Fax: (206) 757-7700
Email: fredburnside@dwt.com

*Attorneys for Defendant Washington Mutual Bank, N.A.*

By: *s/ Roger S. Davidheiser*
Roger S. Davidheiser, WSBA No. 18638
Friedman Rubin
1109 First Ave., Suite 501
Seattle, WA 98101
Phone: (206) 501-4446
Email: rdavidheiser@friedmanrubin.com

*Attorneys for Plaintiff and the Punitive Class*

### ORDER

IT IS SO ORDERED this 23rd day of September, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATED MOTION AND ORDER REGARDING BRIEFING
SCHEDULE ON DEFENDANT'S MOTION TO DISMISS - 2
(USDC NO. 2:20-cv-00888-RSM-MLP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax