The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD C. HARTNETT and JULIE A. HARTNETT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON FEDERAL BANK,<br><br>Defendant. | NO. 2:21-cv-00888 RSM<br><br>**STIPULATED REQUEST TO EXTEND TIME FOR PLAINTIFFS TO FILE AND SERVE RESPONSES TO DEFENDANT'S OBJECTIONS TO MAGISTRATE PETERSON'S REPORT AND RECOMMENDATION**<br><br>**NOTE ON MOTION CALENDAR: December 8, 2021** |

COME NOW the Plaintiffs and respectfully request that the Court grant Plaintiffs an extension of two weeks to respond to Defendant's objections to Magistrate Peterson's Report and Recommendation on Defendant's Motion to Dismiss.

Defendant filed a Motion to Dismiss on October 2, 2021. Magistrate Peterson issued her Report and Recommendation on December 7, which included direction that objections to the report and recommendation would be due within 14 days of the filing/service of same (December 21, 2021), and responses to any objections would be due within 14 days of the service of the objections (January 4, 2022).

Stip to Extend Time for Response to Objections - Page 1
Hartnett v Wash.Fed.Bank
No. 21-cv-00888

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446

The parties have conferred and defense counsel has indicated Defendant will file and serve objections to the report and recommendation by the deadline of December 21. Defense counsel has agreed to a two-week extension for Plaintiffs to file and serve their responses to Defendant's objections, due to the intervening Christmas and New Year's holidays.

The Plaintiffs respectfully request that the Court grant an extension for filing and serving their responses to Defendant's objections to the report and recommendation, from January 4 to January 18, 2022.

RESPECTFULLY SUBMITTED AND DATED December 8, 2021.

| | |
|---|---|
| By: *s/Roger S. Davidheiser*<br>Roger S. Davidheiser, WSBA #18638<br>Friedman \| Rubin<br>1109 First Ave., Ste. 501<br>Seattle, WA  98101<br>Phone (206.501.4446<br>rdavidheiser@friedmanrubin.com | By: *s/Fred B. Burnshide*<br>Fred B. Burnside, WSBA #32491<br>David Wright Tremaine, LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA  98104<br>Phone (206) 757.8016<br>fredburnside@dwt.com |
| By: *s/Jeffrey Kaliel*<br>Jeffrey Kaliel (Pro Hac Vice)<br>Kaliel Gold PLLC<br>1100 15th St. NW, Fourth Floor<br>Washington, DC  20005<br>202.350.4783<br>jkaliel@kalielpllc.com | *Attorneys for Defendant* |

*Attorneys for Plaintiffs and the Putative Class*

## **ORDER**

IT IS SO ORDERED this 9th day of December 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stip to Extend Time for Response to Objections - Page 2
Hartnett v Wash.Fed.Bank
No. 21-cv-00888

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA  98101-3614
(206) 501-4446

# CERTIFICATE OF SERVICE

I certify that on this day, a copy of the foregoing document was electronically served on the following individuals via the manner indicated below:

| | |
|---|---|
| Fred B. Burnside, WSBA #32491<br>Davis Wright Tremaine LLP<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA  98104-1610<br>206.622.3150<br>fredburnside@dwt.com<br><br>John Freed SB#261518, PHV<br>Davis Wright Tremaine LLP<br>505 Montgomery St., Ste. 800<br>San Francisco, CA  94111<br>415.276.6500<br>jakefreed@dwt.com | [ ]  Hand Delivery<br>[ ]  ABC Legal Messenger<br>[ ]  US Mail, postage prepaid<br>[X]  Email per agreement<br>[X]  CM/ECF System |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Dated December 8, 2021.

_____/s/_____
Trish Bashaw, Paralegal
*Friedman | Rubin® PLLP*

Stip to Extend Time for Response to Objections - Page 3
Hartnett v Wash.Fed.Bank
No. 21-cv-00888

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA  98101-3614
(206) 501-4446