UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD C. HARTNETT and JULIE A. HARTNETT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON FEDERAL BANK,<br><br>Defendant. | NO. 2:21-cv-00888 RSM<br><br>**ORDER ON JOINT MOTION TO STAY** |

Having reviewed the Joint Motion to Stay Proceedings, the Court finds and ORDERS:

This matter is stayed until March 31, 2022, at which time the parties are directed to report to the Court with respect to status of settlement discussions.

DATED this 16th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ON JOINT MOTION TO STAY- 1