UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDWARD C. HARTNETT and JULIE A. HARTNETT, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON FEDERAL, INC. d/b/a WASHINGTON FEDERAL BANK,<br><br>Defendant. | CASE NO. C21-888 RSM<br><br>MODIFIED ORDER GRANTING JOINT MOTION TO EXTEND STAY |

Having reviewed the Joint Stipulated Motion to Extend Stay Pending Settlement Discussions, the Court finds and ORDERS that: (1) this matter shall remain STAYED until June 1, 2022, at which time the parties are directed to report to the Court with respect to the status of settlement negotiations; (2) Defendant Washington Federal Bank's Objections to Report & Recommendation on Motion to Dismiss (Dkt. #24) is TERMINATED for administrative purposes. If no settlement is reached, Washington Federal Bank may renote its objections.

DATED this 4th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

MODIFIED ORDER GRANTING
JOINT MOTION TO EXTEND STAY – 1